No. 74–6280.  MACKEY v. HENDERSON, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–6284.  HAMMOND v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–6285.  SINCLAIR v. HENDERSON, WARDEN; and
No. 74–6286.  SINCLAIR v. HENDERSON, WARDEN. C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–6290.  QUICK v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–6291.  DEDMON v. ENOMOTO, CORRECTIONS DIRECTOR, ET AL.  C. A. 9th Cir.  Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 74–1116.  SMITH v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE STEWART and MR. JUSTICE MARSHALL would grant certiorari.

No. 74–1156.  FRILETTE ET AL. v. KIMBERLIN ET AL. C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS and MR. JUSTICE WHITE would grant certiorari.  MR. JUSTICE POWELL took no part in the consideration or decision of this petition.